# EXHIBIT "A"

*1040480651*

# IN THE DISTRICT COURT OF CLEVELAND COUNTY
## STATE OF OKLAHOMA

1. LISA DODSON,

STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY }

**FILED**

Plaintiff,

JUN 21 2018

v.                                                    )            Case No. CJ-18- 806 TB

In the office of the
Court Clerk MARILYN WILLIAMS

1. AMERICA'S POWERSPORTS, INC.,              )            JURY TRIAL DEMANDED
                                             )            ATTORNEY LIEN CLAIMED
Defendant.                                   )

## PETITION

**COMES NOW THE PLAINTIFF**, Lisa Dodson, and pleads her claims as follows:

## PARTIES

1.  The Plaintiff is Lisa Dodson, an adult resident of Oklahoma County, Oklahoma.

2.  The Defendant is the America's Powersports, Inc., a foreign for-profit corporation

    doing business in Cleveland County, Oklahoma.

## VENUE

3.  Plaintiff's claims are for disability discrimination in violation of the Americans with

    Disabilities Act (ADA) and Oklahoma's Anti-Discrimination Act (OADA); and for

    gender discrimination, including retaliation after Plaintiff opposed gender

    discrimination and assisted another in her complaints of discrimination, in violation

    of Title VII of the Civil Rights Act of 1964 and the OADA.

4.  Some of the conduct giving rise to this litigation occurred in Cleveland County,

    Oklahoma, such that venue is proper in Cleveland County, Oklahoma.

## STATEMENT OF FACTS

5.   The Defendant employed at least fifteen employees for at least twenty weeks of the current or proceeding year, such that it is an employer subject to the ADA and Title VII. There is no minimum employee requirement to proceed under the OADA.

6.   Plaintiff was employed by the Defendant from around July 1, 2016, until she was involuntarily terminated around October 6, 2017.

7.   During all periods the Plaintiff was qualified for her job and performed satisfactorily.

8.   Additionally, the Plaintiff is disabled in that she suffers from lupus and related conditions which, without regard to the ameliorative effects of mitigating measures, substantially limits one or more major life activities (including major bodily functions) including cell function, immune function and kidney function.

9.   At least for the reasons set out in para. 8, the Plaintiff is disabled in that she has an actual disability, a record of a disability, and/or the Defendant perceives the Plaintiff as being disabled.

10.   Plaintiff underwent a kidney transplant around 2002 and requires ongoing medical treatment related to lupus and the kidney transplant.

11.   During Plaintiff's employment, Robert Dodson (Chief Operating Officer) sexually harassed an employee, described herein as W.B. Examples of the sexual harassment include Mr. Dodson conditioning W.B.'s ability to receive a promotion upon receiving sexual favors.

2

12.   Around April 2017, the Plaintiff reported Mr. Dodson's sexual harassment to multiple supervisors, including Bill Coulter (Owner) and Blake Lawson (CFO).

13.   In response to Plaintiff telling Mr. Coulter that she believed Mr. Dodson had sexually harassed W.B., Mr. Coulter said to Plaintiff that the conversation was "awkward" and asked whether Plaintiff planned "to continue working" for the Defendant. In response, Plaintiff said she requires significant treatment for a prior kidney transplant and that she needed to remain on Defendant's health insurance policy. Plaintiff told Mr. Coulter she needed to remain employed and on the Company's health insurance policy because the cost of her medical care related to the lupus and kidney transplant.

14.   Around the end of April 2017, the Defendant transferred the Plaintiff to the facility in Moore, Oklahoma and required Plaintiff to perform her job duties either at the Moore, Oklahoma facility and/or Plaintiff's home, which is located in Oklahoma County, Oklahoma.

15.   Around August 21, 2017 the Defendant learned that the Plaintiff had been in communication with W.B. and was assisting her in her complaint of sexual harassment against Mr. Dodson.

16.   Plaintiff was terminated around October 6, 2017.

17.   Mr. Dodson, the person who had engaged in the sexual harassment, was not terminated and is still employed by the Defendant.

18.   As a direct result of the termination, the Plaintiff has suffered, and continues to suffer, wage loss (including back, present and front pay, along with the value of

3

benefits associated with such wages) and emotional distress/dignitary harm damages, including worry, frustration, sadness and similar unpleasant emotions.

19.    At the least, significant factors in the decision to terminate the Plaintiff include her gender, retaliation for her reports of gender discrimination, and her assistance to the victim of gender discrimination, and/or her disability (including having an actual disability, a record of a disability and/or because the Defendant perceived the Plaintiff as being disabled).

20.    The Plaintiff has exhausted her administrative remedies by timely filing an EEOC charge of discrimination on October 26, 2017. The EEOC issued Plaintiff a right to sue letter on May 23, 2018, and Plaintiff received such letter thereafter. This petition is timely filed within ninety (90) days of Plaintiff's receipt of her right to sue letter.

## COUNT I

Plaintiff incorporates the above allegations and further pleads:

21.    Discrimination on the basis of a disability (including actual, perceived, record of and/or association with a disabled person) is prohibited by the ADA and the OADA.

22.    Under both the ADA and OADA, the Plaintiff is entitled to her wage loss (including back, present and front pay, along with the value of benefits associated with such wages).

23.    Under the ADA Plaintiff is entitled to emotional distress damages.

24.    Because the Defendant's conduct was willful or, at the least, in reckless disregard of Plaintiff's rights, she is entitled to punitive damages under the ADA.

4

25.   Plaintiff is automatically entitled to liquidated damages under the OADA.

## COUNT II

Plaintiff incorporates the above allegations and further pleads:

26.   Discrimination on the basis of gender (including retaliation for reporting gender discrimination and assisting another in pursuing a claim of gender discrimination) violates Title VII and the OADA.

27.   Under both Title VII and OADA, the Plaintiff is entitled to her wage loss (including back, present and front pay, along with the value of benefits associated with such wages).

28.   Under Title VII Plaintiff is entitled to emotional distress damages.

29.   Because the Defendant's conduct was willful or, at the least, in reckless disregard of Plaintiff's rights, she is entitled to punitive damages under Title VII.

30.   Plaintiff is automatically entitled to liquidated damages under the OADA.

## PRAYER

**WHEREFORE**, Plaintiff requests this Court enter judgment in her favor and against the Defendant, and grant her all compensatory damages suffered, together with all damages, liquidated damages, attorneys' fees, costs and interest, and such other legal and equitable relief as this Court deems just and proper.

**RESPECTFULLY SUBMITTED THIS 12th DAY OF JUNE 2018**.

HAMMONS, GOWENS, HURST
& ASSOCIATES

Mark E. Hammons, OBA No. 3784
Amber L. Hurst OBA No. 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Email: amber@hammonslaw.com
JURY TRIAL DEMANDED
ATTORNEY LIEN CLAIMED



IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA
CLEVELAND COUNTY
**FILED**

JUN 2 1 2018

In the office of the
Court Clerk MARILYN WILLIAMS

| | |
|---|---|
| 1. LISA DODSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CJ-18- 806 (TB) |
| | ) |
| 1. AMERICA'S POWERSPORTS, INC., | ) ATTORNEY LIEN CLAIMED |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Amber L. Hurst of Hammons, Gowens, Hurst & Associates, hereby enters her appearance as an attorney for the Plaintiff in the above captioned action. I certify that I am admitted to practice in this Court.

**RESPECTFULLY SUBMITTED THIS 12ᵗʰ DAY OF JUNE, 2018.**

HAMMONS, GOWENS & HURST
Amber L. Hurst, OBA No. 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amber@hammonslaw.com

# IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

CLEVELAND COUNTY } S.S.

**FILED**

JUN 21 2018

In the office of the
Court Clerk MARILYN WILLIAMS

| | |
|---|---|
| 1. LISA DODSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-18- 806 (TB) |
| 1. AMERICA'S POWERSPORTS, INC., | ) ATTORNEY LIEN CLAIMED |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Kristin E. Richards of Hammons, Gowens, Hurst & Associates, hereby enters her appearance as an attorney for the Plaintiff in the above captioned action. I certify that I am admitted to practice in this Court.

**RESPECTFULLY SUBMITTED THIS 12th DAY OF JUNE, 2018.**

HAMMONS, GOWENS & HURST
Kristin E. Richards, OBA No. 33255
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: kristin@hammonslaw.com



**IN THE DISTRICT COURT OF CLEVELAND COUNTY**
**STATE OF OKLAHOMA**

STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY }
**FILED**

JUN 2 1 2018

In the office of the
Court Clerk MARILYN WILLIAMS

| | |
|---|---|
| 1. LISA DODSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CJ-18- 806 (TB) |
| | ) |
| 1. AMERICA'S POWERSPORTS, INC., | ) ATTORNEY LIEN CLAIMED |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Mark Hammons of Hammons, Gowens, Hurst & Associates, hereby

enters his appearance as an attorney for the Plaintiff in the above captioned action.  I certify

that I am admitted to practice in this Court.

**RESPECTFULLY SUBMITTED THIS 12ᵗʰ DAY OF JUNE, 2018.**

HAMMONS, GOWENS & HURST
Mark Hammons, OBA No. 3784
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-6100
Facsimile:  (405) 235-6111
Email: mark@hammonslaw.com
*Counsel for Plaintiff*

**ORIGINAL**
**PLEASE RETURN**

JUL 16 2018

*1040920675*

## IN THE DISTRICT COURT OF CLEVELAND COUNTY
## STATE OF OKLAHOMA

In the office of the
Court Clerk MARILYN WILLIAMS

1. LISA DODSON,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        Case No. CJ-18-806 (TB)
                                   )
1. AMERICA'S POWERSPORTS, INC.,    )        ATTORNEY LIEN CLAIMED
                                   )        JURY TRIAL DEMANDED
        Defendant.                 )

## SUMMONS

To:   America's Powersports, Inc.
      500 SW 11th Street
      Moore, OK 73160

        You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within **twenty (20)** days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

        ISSUED THIS 21 DAY OF JUNE, 2018.

                                        CLEVELAND COUNTY COURT CLERK

                                        By _____
                                              Deputy Court Clerk

Attorney for Plaintiff:
HAMMONS, GOWENS, HURST & ASSOC.
Amber L. Hurst, OBA No. 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

This summons was served on 7-6-18 via Certified mail .

_____
Signature of person serving summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

America's Powersports, Inc
500 SW 11th Street
Moore, OK 73160

9590 9402 2701 6351 9826 00

2. Article Number *(Transfer from service label)*

7016 0340 0001 1669 4051

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# USPS Tracking®

FAQs ❯ (http://faq.usps.com/?articleId=220900)

## Track Another Package ➕

**Tracking Number:** 70160340000116694051

Remove ✕

**Expected Delivery on**

# FRIDAY
# 6 JULY 2018 �घ | by 8:00pm ⓘ

## ✅ Delivered

July 6, 2018 at 11:55 am
Delivered, Left with Individual
OKLAHOMA CITY, OK 73160

**Get Updates** ⌄

**See More** ⌄

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**